518

and *Henry S. Mackay, Jr.,* for appellants. *Mr. David R. Faries* for appellees.

No. 294. MUSELIN *v.* PENNSYLVANIA;
No. 295. ZIMA *v.* SAME; and
No. 296. RESETAR *v.* SAME. Jurisdictional statements submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeals are dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Thomas M. Henry* for appellants. *Mr. John G. Frazer* for appellee.

No. 343. DIANISH *v.* VILLAGE OF BROADVIEW. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Stuart E. Knappen* and *Meyer Abrams* for appellants. *Messrs. James McKeag* and *William A. Morrow* for appellee.